# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ARVON DEWAYNE GOVAN,     )
                                 )
        Plaintiffs,        )
                                 )
v.                          )     **Case No. CIV-17-1335-R**
                                 )
GUTHRIE POLICE DEPT., *et al.*,    )
                                 )
        Defendants.     )

## ORDER

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Bernard M. Jones, Doc. 7, recommending that the Court dismiss without prejudice Plaintiff's pro se complaint, Doc. 1. Plaintiff's complaint is not signed and his application to proceed in forma pauperis lacks necessary financial and verification information. *See* Docs. 1 and 2. Plaintiff appears to have been released from state custody on December 1, 2017. *See State of Oklahoma v. Govan*, No. CF-2017-355, Logan County District Court. Yet, he has not provided the Court an updated address, and Judge Jones's Order to Cure Deficiencies and Report and Recommendation were returned as undeliverable. *See* Docs. 6 and 8. Accordingly, given the deficiencies in Plaintiff's filings and his lack of notice to the Court, Judge Jones's Report (Doc. 7) is hereby ADOPTED in full and Plaintiff's complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE. *See AdvantEdge Business Group v. Thomas E. Mestmaker & Assocs., Inc.*, 552 F.3d 1233, 1236 (10th Cir. 2009).

IT IS SO ORDERED this 1st day of February, 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE